UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COPMLAINT

– Of –

H&L CONTRACTING LLC, as Owner and/or Owner Pro Hac Vice of Sectional Deck BARGE, for Exoneration from or Limitation of Liability,

Petitioner.

**ORDER**

22 Civ. 1273 (ER)

Ramos, D.J.:

The Clerk of Court is respectfully directed to add Jersey Central Power & Light Company and FirstEnergy Corp. as claimants.

H&L Contracting is directed to file a new Request for Issuance of Summons after the claimants are added.

It is SO ORDERED.

Dated: April 20, 2022
       New York, New York

_____
Edgardo Ramos, U.S.D.J.